**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**FELICISA COLETTE WILLIS-COLLINS**                                        **PLAINTIFF**


**VS.**                                        **CASE NO. 5:17CV00156 PSH**


**NANCY A. BERRYHILL, Acting Commissioner,**
        **Social Security Administration**                                **DEFENDANT**


**JUDGMENT**


It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is

dismissed with prejudice.  The relief sought is denied.

DATED this 8th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE